

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      Albert Morris  v.  Lisa Coffman

Appellate case number:   01-09-00493-CV

Trial court case number:  0705915

Trial court:                    234th District Court of Harris County

Date motion filed:          January 30, 2013

Party filing motion:        Appellant

     It is ordered that the motion for reconsideration en banc is **DENIED.**


Judge's signature: /s/  Rebeca Huddle
     ☐ Acting Individually ⊠  Acting for the Court

En banc court consists of Chief Justice Radack, Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle


Date:  February 13, 2013